IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW1:10CR90 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| MARY YVETTE WEBB. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and SUNTRUST BANK:

A judgment was entered on September 28, 2011 (Docket No. 15), in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the defendant, Mary Yvette Webb, aka/Yvette Webb, aka/Yvette Santoli, whose last known address is XXXXXXXXXXXXX, NC 28806, in the sum of $19,500.00. The balance on the account as of January 13, 2012, is $19,447.00.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and SunTrust Bank is commanded to **turn over property** in which the defendant, Mary Yvette Webb, aka/Yvette Webb, aka/Yvette Santoli, has a substantial nonexempt interest, the said property being funds located in SunTrust Bank accounts including, but not limited to, checking accounts, savings accounts and Individual Retirement Accounts (IRAs), in the name of Mary Yvette Webb, aka/Yvette Webb, aka/Yvette Santoli, at the following address: SunTrust, 512 S. Magnum, Durham, NC 27701, Attention: David A. Stevens.

Signed: January 17, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge